

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the order of the Court.**

**Signed January 5, 2005.**

_____
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT

Blake Rasner
State Bar No. 16555700
HALEY & DAVIS, P.C.
510 N. Valley Mills, Suite 600
Waco, TX 76710
254-776-3336
254-776-6823 fax

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LATIMER MACHINE, INC. | § | Case No. 04-70884 |
| | § | |
| | § | |
| Debtor | § | |

### AGREED ORDER GRANTING MOTION TO LIFT AUTOMATIC STAY

Came on for consideration the Motion to Lift Automatic Stay of WAMCO XXVIII, Ltd. and the Court having heard the evidence and argument of counsel is of the opinion that good cause exists to terminate the automatic stay; it is therefore

ORDERED that the automatic stay is terminated to allow WAMCO XXVIII, Ltd. to proceed with the repossession and foreclosure of its security interest as more fully described on the Commercial Security Agreements dated December 16, 1999 and July 21, 2000.

APPROVED AS TO FORM, SUBSTANCE & CONTENT:

By: /s/ Blake Rasner
Blake Rasner
Attorney for WAMCO XXVIII, Ltd.
Triangle Tower, Suite 600
510 North Valley Mills Drive
Waco, Texas 76710
(254) 776-3336
Fax (254) 776-6823
State Bar Card No. 16555700

APPROVED AS TO FORM:

BY: John A. Leonard by Blake Rasner with permission
John A. Leonard
State Bar Card No. 12209600
Attorney for Debtor
900 Eighth Street, Suite 320
Wichita Falls, TX 76307
(940) 322-5217
(940) 322-3381 FAX

APPROVED AS TO FORM:

BY: /s/ Shawn Brown by Blake Rasner with permission
Shawn K. Brown
Chapter 7 Trustee
P.O. Box 93749
Southlake, TX 76092
(817) 348-0777
(214) 744-2165- FAX

# # #